## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN BAAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, and JAGUAR LAND ROVER LIMITED,<br><br>　　　　Defendants. | Civ. No. 2:17-04142<br><br>ORDER |

**THIS MATTER** comes before the Court on Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 29); for the reasons set forth in the accompanying opinion;

**IT IS** on this 9th day of January 2018, hereby,

**ORDERED** that Defendants' motion to dismiss is **GRANTED**; and it is further

**ORDERED** that all counts are **DISMISSED WITH PREJUDICE**.


　　　　　　　　　　　　　　　　　　　*/s/ William J. Martini*
　　　　　　　　　　　　　　　　　　**WILLIAM J. MARTINI, U.S.D.J.**

1